# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **NO. 95-271** |
| **MICHAEL STRIGANIVICZ,** | : | |
| Defendant. | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 31st day of July, 2023, upon consideration of Defendant Michael Striganivicz's Motion for Compassionate Release (ECF No. 74), all papers in support thereof and opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by this Court, it is hereby **ORDERED** that Defendant's Motion (ECF No. 74) is **DENIED WITHOUT PREJUDICE.**

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**